No. 87–323. SOKOLOV *v.* UNITED STATES. C. A. 2d Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari granted.

No. 87–329. THE FLORIDA STAR *v.* B. J. F. Appeal from Dist. Ct. App. Fla., 1st Dist. Because this appeal involves a question of law of the State of Florida which is determinative of this cause and for which there is no controlling precedent of the Supreme Court of Florida, this Court, pursuant to Article V, Section 3(b)(6) of the Florida Constitution, certifies to the Supreme Court of Florida and respectfully requests that court to answer, the following question: "Whether the Florida Supreme Court had jurisdiction, pursuant to Article V, Section 3(b)(3) of the Florida Constitution or otherwise, to hear appellant's appeal in this cause from the Florida First District Court of Appeal?" It is further ordered that the Clerk of this Court shall transmit to the Supreme Court of Florida certified copies of this order and the briefs filed in this Court in this matter. And it is further ordered that this Court shall retain jurisdiction of this matter and that the proceedings in this Court shall be held in abeyance until further order of this Court.

No. 87–636. KARAHALIOS *v.* NATIONAL FEDERATION OF FEDERAL EMPLOYEES, LOCAL 1263. C. A. 9th Cir.; and

No. 87–652. ALBERTA GAS CHEMICALS LTD. ET AL. *v.* E. I. DU PONT DE NEMOURS & CO. ET AL. C. A. 3d Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 87–5565. CLARK *v.* JETER. Super. Ct. Pa. Motion of Women's Legal Defense Fund for leave to file a brief as *amicus curiae* granted.

No. 87–654. NEW ENERGY COMPANY OF INDIANA *v.* LIMBACH, TAX COMMISSIONER OF OHIO, ET AL. Appeal from Sup. Ct. Ohio. Probable jurisdiction noted.